IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**J.C. I. MUÑOZ, DAVID TRUJILLO,
JOSHUA A. ROMERO,
JUSTIN BUMGARNER, LUIS ROSALES,
ROBERT TREJO, JOSE CARO,
OSCAR HERNANDEZ, JOVON PELLERIN,
JAMES A. LANEY, FRANCISCO LUJAN,
ISRAEL MARQUEZ, and JESUS LARREA,**

    Plaintiffs,

v.                                                       No. 14-cv-0971 RB/SMV

**ALISHA TAFOYA and JERRY ROARK,**

    Defendants.

## ORDER DENYING MOITON FOR APPOINTMENT OF COUSNEL

THIS MATTER is before the Court on Plaintiff Muñoz's Motion for the Appointment of Counsel [Doc. 3], filed on October 28, 2014.  Plaintiff is incarcerated and proceeding pro se in this 42 U.S.C. § 1983 action.  He requests appointment of counsel because, he says, he has not been able to find representation on his own.

However, United States District Courts lack the authority to appoint counsel to represent indigent prisoners in § 1983 cases.  *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, a court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  In deciding whether to request voluntary assistance of counsel, courts should consider "the merits of the litigant's claims, the nature of the factual issues raised in the claims, the litigant's ability to present his claims, and the complexity of the

1

legal issues raised by the claims." *Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995) (internal quotation marks omitted). Ultimately, the burden is on the plaintiff "to convince the court that there is sufficient merit to his claim to warrant [a request for voluntary assistance] of counsel." *Hill v. Smithkline Beecham Corp.*, 393 F.3d 1111, 1115 (10th Cir 2004) (internal quotation marks omitted).

The Court is not convinced that there is sufficient merit or complexity in Plaintiff's claims to warrant requesting the voluntary assistance of counsel. Moreover, thus far, Plaintiff has been adequately presenting his claims.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff Muñoz's Motion for the Appointment of Counsel [Doc. 3] is **DENIED** at this time;

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**